PEGGY PAJAMA, INC., ET AL. *v.* UNITED STATES

**No. 5127.**—Invoices dated Yokohama, Japan, May 4, 1936, etc.
Entered at New York June 12, 1936, etc.
Entry No. 849606, etc.

(Decided February 18, 1941)

*Brooks & Brooks (Frederick W. Brooks* of counsel) for the plaintiffs.
*Charles D. Lawrence,* Acting Assistant Attorney General *(Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: The appeals listed in schedule A attached to my decision herein and made a part hereof have been submitted for decision upon a stipulation to the effect that certain items of the merchandise are the same as the merchandise in *United States* v. *Nippon Dry Goods Co.,* Reap. Dec. 5006, that the issue in the two cases is the same, and that the appraised value less any additions made by reason of the so-called Japanese consumption tax represent the proper dutiable export value.

On the agreed facts I find and hold the proper dutiable export value of the items marked A and checked JWT on the invoices to be the value found by the appraiser, less any amount added by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.